# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2  AM 8: 15

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

ODEAN COOPER,           JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.

CITY OF RIPLEY, et al.,         CASE NO: 05-2482 Ml/V

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order to Comply with PLRA, Order Assessing $250 Civil Filing Fee, Order of Dismissal, Order Certifying Appeal not Taken in Good Faith and Notice of Appellate Filing fee, entered November 1, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Nov. 1, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02482 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

Odean Cooper
NORTHWEST CORRECTIONAL COMPLEX
144027
960 State Route 212
Tiptonville, TN 38079

Honorable Jon McCalla
US DISTRICT COURT